UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| WILLIAM ANDREW HIPKISS, | ) | C/A No. 4:23-cv-0268-HMH-TER |
| | ) | |
| PLAINTIFF, | ) | |
| vs. | ) | |
| | ) | ORDER |
| DR. DRAGO, HEAD DOCTOR WELL PATH, | ) | |
| DR. RHODES, WELL PATH DOCTOR, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

This is a civil action filed *pro se* by William Andrew Hipkiss ("Plaintiff") pursuant to 42 U.S.C. §1983. On November 27, 2023, Defendants filed a motion for summary judgment along with a memorandum, exhibits and affidavits. (ECF No. 45). As the Plaintiff is proceeding *pro se*, the court issued an order on or about December 1, 2023, pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), advising Plaintiff of the motion for summary judgment procedure and the possible consequences if he failed to respond adequately. The Roseboro order was returned to the Clerk of Court's office *via* United States Postal Service on December 11, 2023, marked "Return to Sender" and "deceased." (ECF No. 48).

Defendants have fifteen days from the date of this order to file a Suggestion of Death with the Court pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure. Defendant must also file a certificate of service showing that the

Suggestion of Death has been served upon the non-party representative of the deceased pursuant to the Rules.

    **IT IS SO ORDERED**.

|  |  |
|---|---|
| January 3, 2024 | s/Thomas E. Rogers, III |
| Florence, South Carolina | Thomas E. Rogers, III |
|  | United States Magistrate Judge |